IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00716–PAB–KMT

RUBY J. LUCERO, and
LINDA FRANK,

      Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS, STATE OF
COLORADO,
THE ADAMS COUNTY ASSESSOR'S OFFICE, and
GILBERT J. REYES, in his capacity as THE ADAMS COUNTY ASSESSOR,

      Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' Motion for Entry of Stipulated Protective Order (Doc. No. 18, filed Dec. 13, 2011) is
DENIED and the proposed Protective Order is REFUSED.  The parties are granted leave to
submit a motion for protective order and revised form of protective order consistent with the
comments contained here.

*Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain
requirements for the issuance of a blanket protective order such as the one sought here.  Among
other things, any information designated by a party as confidential must first be reviewed by a
lawyer who will certify that the designation as confidential is "based on a good faith belief that
[the information] is confidential or otherwise entitled to protection."  *Gillard*, 196 F.R.D. at 386.
The proposed Protective Order does not comply with the requirements established in *Gillard*.

Therefore, it is ORDERED that the Motion for Protective Order  is DENIED without prejudice,
and the proposed Protective Order is REFUSED.

Dated: December 13, 2011