IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00716-PAB-KMT

RUBY J. LUCERO and
LINDA FRANK,

      Plaintiffs,

v.

THE ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS OF THE COUNTY
OF ADAMS, STATE OF COLORADO,
THE ADAMS COUNTY ASSESSOR'S OFFICE, and
GILBERT J. REYES, in his capacity as the Adams County Assessor,

      Defendants.
_____

## ORDER SETTING CASE FOR TRIAL
_____

      This matter has been scheduled for a two-day trial to the court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **July 30, 2012 at 8:30 a.m.**

      A Trial Preparation Conference is set for **July 13, 2012 at 2:30 p.m.**  Counsel who will try the case shall attend in person.

      **Seven days** before the trial preparation conference, the parties shall file via CM/ECF their witness lists and their exhibit lists.  Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx.  Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

Not less than **two business days** before the trial preparation conference, counsel and any pro se party shall file proposed findings of fact, conclusions of law, and orders. A copy shall also be emailed to chambers. Counsel and any pro se party are requested to state their proposed findings of fact in the same order as their anticipated order of proof at trial.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) sequestration of witnesses;

2) timing of presentation of witnesses and evidence;

3) anticipated evidentiary issues;

4) any stipulations as to fact; and

5) any other issue affecting the duration or course of the trial.

DATED March 7, 2012.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge